UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SELVIN VOSQUEZ,**<br><br>    Plaintiff,<br><br>vs.<br><br>**A. PIGNA & SON MASON CONTRACTORS, INC., and ENRICO PIGNA, individually,**<br><br>    Defendants. | **Dkt No.:  2:19-cv-13562-SDW-LDW** |

## NOTICE OF MOTION FOR
## SETTLEMENT APPROVAL

PLEASE TAKE NOTICE THAT, Plaintiff, Selvin Vosquez, and A. Pigna & Son Mason Contractors, Inc., and Enrico Pigna, Defendants by and through their attorneys, upon the parties' letter motion, the parties will jointly move this Court on a date and time to be set by the Court, before the Honorable Susan D. Wigenton, United States District Judge, at the United States District Court for the District of New Jersey, Martin Luther King Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 08608, for an order pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure dismissing the Complaint with prejudice.

Dated: November 25, 2019        Respectfully submitted,

                                /s/ Andrew I. Glenn
                                Andrew I. Glenn, Esquire
                                E-mail: AGlenn@JaffeGlenn.com
                                Jodi J. Jaffe, Esquire
                                E-mail: JJaffe@JaffeGlenn.com
                                **JAFFE GLENN LAW GROUP, P.A.**
                                301 North Harrison Street

                                                      Suite 9F, #306  
                                                     Princeton, New Jersey 08540  
                                                     Telephone: (201) 687-9977  
                                                     Facsimile: (201) 595-0308  
                                                     Attorneys for Plaintiff

Case 2:19-cv-13562-SDW-LDW   Document 10   Filed 11/25/19   Page 2 of 2 PageID: 52