**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SELVIN VOSQUEZ,**<br><br>    Plaintiff,<br><br>vs.<br><br>**A. PIGNA & SON MASON CONTRACTORS, INC., and ENRICO PIGNA, individually,**<br><br>    Defendants. | **Dkt No.: 2:19-cv-13562-SDW-LDW** |

**ORDER**

THIS MATTER, having been submitted jointly by the parties by Motion to Approve the Parties' Settlement and dismiss this action with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and the Court having considered the papers filed in support of the Motion, and for good cause shown;

**IT IS** on this _____ day of _____, 2019

**ORDERED** that the parties' settlement is approved and this matter is dismissed with prejudice.

_____
Honorable Susan D. Wigenton, U.S.D.J.